UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THOMAS PONTES,<br><br>         Plaintiff,<br><br>   v.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Civ. No. 2:18-01319 WBS GGH<br><br>ORDER OF RECUSAL |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Johnson & Johnson.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1

1         IT IS FURTHER ORDERED that any previous orders issued
2 by the undersigned judge in this case are hereby VACATED and SET
3 ASIDE, and any dates previously set by the undersigned judge in
4 this case are hereby VACATED.

6 Dated:  May 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2